# UNITED STATES DISTRICT COURT
## FOR WASHINGTON D.C.

**RENE MORALES and**
**ESTELA VILLA LINARES,**

        **Plaintiffs,**

                                      Civil Action No.
                                      Hon.
v.                                    Hon. Magistrate

**SECRETARY,**
U.S. Department of State

and

**SECRETARY,**
U.S. Department of Homeland Security,

        **Defendants.**

---

Legalquest Network, P.C.
By:   Roger R. Rathi  (P59705)
        Alyssa M. Yeip-Lewerenz (P76951)
Attorneys for Plaintiffs
3000 Town Center, Suite 2450
Southfield, MI  48075
(248) 663-1000
roger@rathilaw.com

---

# VERIFIED COMPLAINT
## FOR DECLARATORY AND INJUNCTIVE RELIEF

## INDEX OF EXHIBITS

Exhibit – 1     I-130 Receipt Notice

Exhibit – 2     Denial Notice by Immigrant Visa Section (original document in Spanish)

Exhibit – 3     Receipt for FOIA Request to DHS, Control No NRC2014069793

Exhibit - 4     Receipt for FOIA Request to DOS, Control No F-2014-16335

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 5552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from the Plaintiffs' Mr. Rene Morales and Ms. Estela Villa Linares by the Defendants, the U.S. Department of State ("DOS") and the U.S. Department of Homeland Security ("DHS").

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.      Venue Lies in the district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

3.       Plaintiff seeks declaratory relief under 28 U.S.C. §§ 2201-2201 and Rule 57 of the Federal Rules of Civil Procedure.

## PARTIES & PROCESS OF DENIAL OF VISA

4.      Plaintiff, RENE MORALES ("Rene"), is a resident of Van Buren County, Michigan and within the jurisdiction of this Court. He is a citizen of the United States. Plaintiff is the requestor of the records being improperly withheld by the Defendants.

5.      Plaintiff, ESTELA MORALES aka ESTELA VILLA LINARES ("Estella"), is the wife of Plaintiff Rene Morales.  She is a citizen of Mexico and is presently residing in Michoacan, Mexico. *Plaintiffs Rene Morales as petitioner and Estella Villa Linares as beneficiary are the subject of the records being improperly withheld by the Defendants.*

6.      Defendant, the United States Department of Homeland Security ("DHS"), is an agency of the Executive Branch of the United States Government. DHS is an agency within the meaning of 5 U.S.C. § 552(f)(1). DHS has possession, custody, and control of records to which the Plaintiff seeks access.

7.      USCIS (United States Citizenship & Immigration Service) is an agency within Department of Homeland Security who adjudicated the initial form I-130 Petition for Alien Relative filed by Rene as petitioner and for the benefit of his wife Estela. *See Exhibit – (1.) I-130 Receipt Notice.*  The petition was filed on or around March 11, 2009, over 7 years ago.

8.     US-CBP (United States Customs & Border Patrol) is an agency within Department of Homeland Security who would have record of beneficiary's attempts to enter the United States.

9.     Defendant, the United States Department of State ("DOS"), is an agency of the Executive Branch of the United States Government. DOS is an agency within the meaning of 5 U.S.C. § 552(f)(1). DOS has possession, custody, and control of records to which the Plaintiffs seek access.

10.    National Visa Center (NVC) is an agency of DOS that pre-processes visa petition and forward the same to a U.S. Consulate.

11.    U.S. Consulate at *Cuidad Juarez* is the relevant consulate within the Department of State who interviewed beneficiary Estela and who ultimately denied her an immigrant visa on January 12, 2010.  *Exhibit – (2.) Denial Notice by Immigrant Visa Section (original document in Spanish)*

12.    On information and belief, U.S. Consulate's denial of this Immigrant Visa to wife of a U.S. Citizen is arbitrary and capricious and not in accordance with the law.  This denial is not supported by any evidence.

13.    Upon such denial by the U.S. Consulate is required to send the entire file to USCIS, an agency within DHS, and DHS is to give petitioner a chance to rebut any derogatory information.  On information and belief, the file is stored with Department of Homeland Security.

## EFFORTS TO OBTAIN FOIA INFORMATION

14.     On or about June 25, 2014, Roger R. Rathi of Legalquest Network PC, counsel for Plaintiffs Rene and Estela sent a FOIA Request to DHS on behalf of Rene and Estela requesting the complete Alien file for Estela Morales with a properly executed G-639 FOIA Request form.  *See Exhibit – (3.) Receipt for FOIA Request to DHS,* Control No NRC2014069793.

15.    Attorney Rathi received a letter dated August 13, 2014 stating that "the responsive records are not under the purview of USCIS," and recommended that the request be redirected to Department of State (DOS).

16.    On September 17, 2014, Attorney Rathi sent via fax and certified mail a FOIA Request to DOS on behalf of Plaintiffs requesting "any and all records you have

regarding the subject, Estela Morales." The request further indicated that "We are requesting the records of the subject because she was accused of giving the wrong passport at the border, and is now not being allowed into the country, despite her husband living here." Estela signed a Verification of Identity and Consent for Disclosure of Records to a Third Party, which was attached to the FOIA request. *See See Exhibit – (4.) Receipt for FOIA Request to DOS*, Control No F-2014-16335

17.   Attorney Rathi received a letter dated September 22, 2014 from DOS that advised that the request could not be processed because the Verification of Identity was not on the form required by DOS.

18.   On or about December 3, 2014, Attorney Rathi sent by fax and certified mail the Certification of Identity on the form requested by DOS.

19.   Attorney Rathi received a letter dated December 9, 2014 from DOS that acknowledged receipt of Plaintiffs' FOIA request. The letter assigned the request a **new** Case Control Number F-2014-21937. See Ex – (4).

20.   Pursuant to 5 U.S.C. § 552(a)(6)(A), Defendant DOS was required to respond to Plaintiffs' FOIA request within twenty (20) working days from receipt of the FOIA, or by January 6, 2015.

21.   On or about May 20, 2015, an associate from Attorney Rathi's office contacted the DOS to inquire as to the status of the FOIA request. At that time, the DOS indicated the request had a target completion date of December **2015**.

22.   On or about June 15, 2016, another associate from Attorney Rathi's office contacted the DOS to inquire as to the status of the FOIA request. This time, the DOS indicated that the request has a target completion date of December **2016**, some 2 years after the request was received and acknowledged.

23.   As of the date of this complaint, Defendant DOS has failed to produce any records responsive to Plaintiffs' request or demonstrate that responsive records are exempt from production.

24.   Because Defendants have failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies with respect to their FOIA request. *See* 5 U.S.C. § 552(a)(6)(C).

25.     Plaintiffs seek to have this Court compel the Defendants to complete processing of
their FOIA request without delay.

## COUNT 1
(Violation of FOIA, 5 U.S.C. § 552(a)(6)(C)

26.     Plaintiffs re-allege above paragraphs as if fully stated herein.

27.     Defendants are unlawfully withholding records requested by Plaintiffs pursuant to 5
U.S.C. § 552.

28.     Plaintiffs are being irreparably harmed by reason of Defendant's unlawful
withholding of requested records, and Plaintiffs' will continue to be irreparably
harmed unless Defendant is compelled to conform its conduct to the requirements of
the law.

29.     Defendants have violated the FOIA by failing to produce any and all non-exempt
records responsive to Plaintiff's FOIA request within twenty (20) day time period set
forth at 5 U.S.C. § 552(a)(6)(A)(i).

**Additional Information & Claims**

30.     Upon information and belief, U.S. Consulate's denial of this Immigrant Visa on
January 12, 2010 to wife of a U.S. Citizen is arbitrary and capricious and not in
accordance with the law.   This denial is not supported by any evidence. Any
information obtained to date from CBP or other sources does not support Consulate's
denial.

31.     Plaintiffs have waited over 6 years to be united as family.  They seeks $500,000 in
compensation for delaying their access to information required to challenge the basis
for Estela's denial of Legal Permanent Residence, which has resulted in an extreme
hardship for Plaintiffs and their U.S. Citizen minor child, as Estela cannot enter the
United States until the matter is resolved.

32.     **EAJA Fees**      Further, Plaintiff seeks costs and attorneys' fees pursuant to the
Equal Access to Justice Act, 5 USC sec. 504, and 28 USC 2412(d), et seq.  due to the
fact that  they had to bring suit before this Court to secure processing of their request.
Delay by the Defendants is unreasonable and in violation of the law and procedure.

## RELIEF REQUESTED

**WHEREFORE,** Plaintiff respectfully requests that this Court:

1.    Order Defendants (DHS & DOS, and any of their agencies) to conduct a search for any and all responsive records to Plaintiffs' FOIA request that relates to the Immigrant Visa Petition and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiffs' FOIA request;

2.    Order Defendants to produce within 20 days, any and all records responsive to Plaintiffs' FOIA request and a Vaughn index of any responsive records withheld under claim of exemption;

3.    Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to Plaintiffs' FOIA request;

4.    Reprocess the I-130 Petition and Immigrant Visa request without any additional fees or costs, and for a favorable outcome;

5.    Order Defendant to pay $500,000 in compensatory damages to Plaintiffs;

6.    Grant Plaintiffs an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to EAJA fees and 5 U.S.C. § 552(a)(4)(E); and

7.    Grant such other relief as the Court deems just and proper.


Respectfully submitted,

**LEGALQUEST NETWORK, P.C.**


*/s/ Roger R. Rathi*
By:    Roger R. Rathi (P59705)
        Alyssa M. Yeip-Lewerenz  (P76951)
Attorneys for Plaintiffs
3000 Town Center, Ste. 2450
Southfield, MI 48075
PHONE:  (248) 663-1000
FAX:  (248) 636-4236
EMAIL:  roger@rathilaw.com

# Exhibit – 1

# I-130 Receipt Notice

Department of Homeland Security
U.S. Citizenship and Immigration Services

Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number:<br>WAC-09-163-15422 | | Case Type:<br>I-130 - Petition for Alien Relative | |
|---|---|---|---|
| Received Date:<br>March 11, 2009 | Priority Date: | Petitioner:   A044096812<br>MORALES, RENE  N. | |
| Notice Date:<br>March 17, 2009 | Page   1 OF 1 | Beneficiary: MORALES, ESTELA | |

RENE N. MORALES
62180 66TH AVENUE
HARTFORD MI  49057

6
1419

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received | $355.00 |
| Section:  Husband or wife of U.S. Citizen,<br>201(b) INA | |

**Receipt Notice** - This notice confirms that USCIS received your application or petition ("this case") as shown above.  If any of the above information is incorrect, please immediately call 800-375-5283 to let us know.  This will help avoid future problems.

This notice does not grant any immigration status or benefit.  It is not even evidence that this case is still pending.  It only shows that the application or petition was filed on the date shown.

**Processing Time** - Processing times vary by kind of case.  You can check our website at www.uscis.gov for our current processing times for this kind of case at the particular office to which this case is or becomes assigned.  At our website's "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps in this case.  During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we were working on other cases that were filed earlier than this one.  We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you.  If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283.  Please save this notice and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us.  Please have all these papers with you if you contact us about this case.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States.  The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence.  To best allocate resources, USCIS may wait to process forms I-130 until closer to the time when a visa number will become available, which may be years after the petition was filed.  Nevertheless, USCIS processes forms I-130 in time not to delay relatives ability to take the next step toward permanent residence once a visa number does become available.  If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**Applications requiring biometrics** - In some types of cases USCIS requires biometrics.  In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing.  You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification.  Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state issued photo identification card.  If you receive more than one ASC application notice, even for different cases, take them both to the first appointment.

**If your address changes** - If your mailing address changes while your case is pending, call 800-375-5283 or use the "Online Change of Address" function on our website.  Otherwise, you might not receive notice of our action on this case

---

Please see the additional information on the back. You will be notified separately about any other cases you filed
U. S. Citizenship and Immigration Services
USCIS California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



1073042                          0107304210

Form I-797C (Rev. 01/31/05) N

# Exhibit – 2

# Denial Notice by Immigrant Visa Section (original document in Spanish)

SECCION DE VISAS DE INMIGRANTE
CONSULADO GENERAL DE LOS ESTADOS UNIDOS, P.O. BOX 10545, EL PASO, TX 79995
PASEO DE LA VICTORIA # 3650, CIUDAD JUAREZ, CHIHUAHUA, MEXICO
CENTRO DE INFORMACION DE VISAS TEL. 1-900-476-1212 USA, CARGO POR US$1.25(DOLARES) POR MINUTO
CENTRO DE INFORMACION DE VISAS TEL. 01-900-849-4949 MEX, CARGO POR MEX$12.00 (DOCE PESOS) POR MINUTO
http://ciudadjuarez.usconsulate.gov

NOMBRE: VILLA LINARES, ESTELA:

La(s) siguiente(s) sección(es) del Acta de Inmigración y Nacionalidad de los Estados Unidos prohíbe(n) expedir una visa a cualquier extranjero:

☐ Sección 212(a)(1)(A)(iii) que tiene un trastorno físico o mental y comportamiento que representa o ha representado una amenaza a los bienes materiales o a la seguridad, la cual es posible que recurra.

☐ Sección 212(a)(1)(A)(iv) quien es adicto o haya usado drogas prohibidas. Usted deberá permanecer limpio de drogas por un período mínimo de tres años.

☐ Sección 212(a)(2)(A)(i)(I) que ha sido convicto o que ha admitido cometer un crimen que involucra depravación moral.

☐ Sección 212(a)(2)(A)(i)(II) que ha sido convicto o admite haber cometido una violación o conspirado a violar cualquier ley o reglamento relacionado con sustancias controladas.

☐ Sección 212(a)(2)(C) que haya sido convicto de tráfico de drogas, o que el Departamento de Estado tenga motivos suficientes para creer que estaba involucrado en tráfico de drogas.

☐ Sección 212(a)(3)(A)(ii) que está afiliado con una organización criminal.

☐ Sección 212(a)(5)(A) que no es elegible para la clasificación enlistada en la petición. Su petición será transferida a la oficina del Servicio de Ciudadanía e Inmigración (USCIS) del Departamento de Seguridad Nacional de los Estados Unidos (DHS). Por favor espere a recibir una notificación de esa oficina.

☐ Sección 212(a)(6)(C)(i) que por medio de fraude o representación fraudulenta haya tratado de recibir un beneficio de inmigración de los Estados Unidos.

☑ Sección 212(a)(6)(C)(ii) que se haya presentado como ciudadano de los Estados Unidos ya sea por medio de una declaración oral falsa o por medio del uso de documentos.

☐ Sección 212(a)(6)(E) que haya ayudado a la entrada ilegal de otro extranjero.

☐ Sección 212(a)(9)(A)(i) que ha sido deportado del país en un Puerto de Entrada.

☐ Sección 212(a)(9)(A)(ii) que ha sido deportado del país en un lugar distinto a un Puerto de Entrada.

☐ Sección 212(a)(9)(B)(I) que haya estado ilegalmente en los Estados Unidos por un período mayor a los 180 días pero menos de un año.

☐ Sección 212(a)(9)(B)(II) que haya estado ilegalmente en los Estados Unidos por un año o más.

☐ Sección 212(a)(9)(C)(I) que haya estado ilegalmente en los Estados Unidos por un período total de más de un año y que haya entrado o intentado regresar a los Estados Unidos sin haber sido admitido.

☐ Sección 212(a)(9)(C)(II) que haya sido removido y que haya entrado o intentado regresar a los Estados Unidos sin haber sido admitido.
☐ OTRO:___
___

☐ Ha sido encontrado inelegible para recibir una visa por _____ a partir del _____.

   Por favor comunicarse a nuestro Centro de Información de Visas después de_____.

☐ HAY PERDON DISPONIBLE.
☑ NO HAY PERDON DISPONIBLE.
☐ Usted ES ELEGIBLE PARA APLICAR para un perdón como el cónyuge, hijo, o hija de un Ciudadano Estadounidense o de un Residente Legal Permanente.

☐ Usted NO ES ELEGIBLE PARA APLICAR para un perdón puesto que usted no tiene el parentesco requerido de cónyuge, hijo o hija de un Ciudadano Estadounidense o de un Residente Legal Permanente.

ADVERTENCIA: SI USTED NO LOGRA SATISFACER LOS REQUISITOS PARA LLEVAR A CABO LA ACCION SOLICITADA DENTRO DE UN AÑO SIGUIENTE A LA FECHA DEL REHUSADO DE SU VISA, LA SECCION 203(E) DE LA LEY DE INMIGRACION Y NACIONALIDAD EXIGE QUE SU SOLICITUD SEA CANCELADA.

CDJ-450A OCTOBER 2009                                    Atentamente,

                                                    Oficial Consular

# Exhibit – 3

# Receipt for FOIA Request to DHS, Control No NRC2014069793

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services

June 25, 2014                                                                    **NRC2014069793**

Roger R. Rathi
Attorney at Law
3000 Town Center, Ste. 2450
Southfield, MI 48075

Dear Roger R. Rathi:

We received your request for information relating to Estela Villa Morales on June 25, 2014.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2014069793. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track (Track 2). You may wish to narrow your request to a specific document in order to be eligible for the faster track. To do so, please send a written request, identifying the specific document sought, to the address above. We will notify you if your request is placed in the simple track.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

This office will be providing your records on a Compact Disc (CD) for use on your personal computer. The CD is readable on all computers through the use of Adobe Acrobat software. A version of Adobe Acrobat will be included on the CD. Your records can be viewed on your computer screen and can be printed onto paper. Only records 15 pages or more are eligible for CD printing. To request your responsive records on paper, please include your control number and write to the above address Attention: FOIA/PA Officer, or fax them to (816) 350-5785.

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests. When forwarding to us any documents related to your request, please ensure any Social Security Numbers on the documents are blanked out or removed.

NRC2014069793
Page 2

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

You may check the status of your FOIA request online, at www.uscis.gov. Click on "FOIA Request Status Check" located on the left side of the web page under "Other Services", and follow the instructions. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call The National Customer Service Center at 1-800-375-5283. Please be aware that the National Records Center no longer accepts FOIA/PA related questions directly by phone.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the control number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to (816) 350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship and Immigration Services**

August 13, 2014                                                 **NRC2014069793**

Roger R. Rathi
Attorney at Law
3000 Town Center, Ste. 2450
Southfield, MI 48075

Dear Roger R. Rathi:

Your request was received in this office on June 25, 2014 regarding the subject: Estela Villa Morales
WAC0916315422. After assessing your request, we determined that the responsive records are not under
the purview of USCIS. We recommend that you redirect your request to the following government
agency:

National Visa Center/U.S. Department of State
Attn: Sheryl Walter
Office of Information Programs and Services, SA-2
A/GIS/IPS/RL/RC
515 22nd Street, NW
Washington, DC 20522-8001

If you should have additional questions on the above subject, please direct your inquiries to the National
Visa Center/U.S. Department of State.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

# Exhibit - 4

# Receipt for FOIA Request to DOS, Control No F-2014-16335



United States Department of State

Washington, D.C. 20520

SEP 2 2 2014

Dear Requester:

RE: _Immigrant visa records for Estela Morales_

This is in response to your request dated _September 17, 2014_ . We have assigned Case Control
Number _F-2014-16335_ to your request.

Based on our review of your correspondence, we have determined that we cannot process your
request for the following reason(s):

_____ You have not reasonably described the records you seek in a way that someone
familiar with Department records and programs could locate them.

__✓__ You have not provided identifying information (such as your date and/or place of
birth, or the date and/or place of birth for all parties associated with your request;
citizenship status for all parties associated with your request). (Petitioner)

_____ You have not provided proof of your identity (see attached information sheet pertaining to
certification of identity).

_____ Some or all of the records you have requested do not appear to be State Department
records (other agency information may be enclosed).

_____ The records you seek are in the public domain.

_____ Your request is not dated.

__✓__ You have submitted your identifying information on forms that were not issued by
the State Department, which we do not accept.

_____ You have not agreed to pay the fees associated with the processing of your request.

_____ Your request is not a FOIA Request.

_____ Your request was not submitted in English.

Accordingly, your request is invalid and your case has been closed.

__✓__ Please see the enclosed information sheet pertaining to access to third party information (petitioner)

_____ Please see the enclosed information sheet pertaining to custodial verification.

Should you want to contact us, you may call our FOIA Requester Service Center on
(202) 261-8484 or send an email to FOIAstatus@state.gov. If you want information concerning how
to file a request, please refer to the Information Access Guide which is available at
www.foia.state.gov. Please refer to the Case Control Number in any communication.

Sincerely,

Requester Communications Branch
Office of Information Programs & Services

*Office of Information Programs and Services*                                    *Inquiries:*
*U.S. Department of State, SA-2*                                      *Phone:  1-202-261-8484*
*Washington, DC 20522-8100*                                              *FAX:  1-202-261-8579*
    *Website:  www.foia.state.gov*                                  *E-mail:  FOIAStatus@state.gov*



United States Department of State

*Washington, D.C. 20520*

DEC 09 2014

Dear Requester,

RE: *Records regarding    Estela Morales — CDJ2009632553*

This is in response to your request dated _____ *12-3-14* _____. We have assigned Case Control Number _____ *F-2014-21737* _____ and will begin the processing of your request based upon the information provided in your communication.

The cut-off date is the date the search is initiated unless you have provided a specific timeframe.

Unusual circumstances (including the number and location of Department components involved in responding to your request, the volume of requested records, etc.) may arise that would require additional time to process your request.

We will notify you as soon as responsive material has been retrieved and reviewed.

Should you have any questions, you may call our FOIA Requester Service Center at (202) 261-8484 or send an email to FOIAstatus@state.gov. Please refer to the Case Control Number in any communication.

Sincerely,

Requester Communications Branch
Office of Information Programs & Services

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*